IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dixon, Issac J

Printed: 9/3/08

Case Number: 07 B 16639
Judge: Squires, John H
Filed: 9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 23, 2008
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,886.00 |  |
| Secured: |  | 2,131.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,470.55 |
| Trustee Fee: |  | 283.48 |
| Other Funds: |  | 0.00 |
| Totals: | 4,886.00 | 4,886.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,500.00 | 2,470.55 |
| 2. | Santander Consumer USA | Secured | 8,581.43 | 1,487.98 |
| 3. | Illinois Title Loans | Secured | 1,400.00 | 643.99 |
| 4. | Internal Revenue Service | Priority | 2,198.39 | 0.00 |
| 5. | Augusta Medical Systems | Unsecured | 53.99 | 0.00 |
| 6. | Santander Consumer USA | Unsecured | 112.90 | 0.00 |
| 7. | Fast Cash Advance | Unsecured | 131.33 | 0.00 |
| 8. | Capital One | Unsecured | 75.53 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 577.11 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 25.48 | 0.00 |
| 11. | North Shore Credit | Unsecured | 226.72 | 0.00 |
| 12. | Illinois Title Loans | Unsecured | 13.26 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 64.90 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 48.44 | 0.00 |
| 15. | United States Dept Of Education | Unsecured | 924.55 | 0.00 |
| 16. | Northshore Credit | Secured |  | No Claim Filed |
| 17. | Fox River Contract | Secured |  | No Claim Filed |
| 18. | Theresa Turner | Priority |  | No Claim Filed |
| 19. | Dish Network | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | Fox River Contract | Unsecured |  | No Claim Filed |
| 22. | Sprint | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,934.03 | $ 4,602.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dixon, Issac J

Printed:  9/3/08

Case Number:  07 B 16639
Judge:  Squires, John H
Filed:  9/13/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 167.40 |
| 6.5% | 116.08 |
| | _____ |
| | $ 283.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

